Robert M. S. Putnam v. Lincoln Safe Deposit Company and Others.— Motion denied.

George R. Townsend, Appellant, v. The United Gas, Electric Light and Fuel Company, Respondent.— Order affirmed, with costs. No opinion. All concurred.

The Travelers' Insurance Company, Respondent, v. J. B. Lyon Company, Appellant.— Motion denied.

Ware Brothers Company, Appellant, Respondent, v. Cortland Cart and Carriage Company, Respondent, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

William R. Weed, Who Brings This Suit on Behalf of Himself and of All Other Stockholders of the First National Bank of Saratoga Springs, N. Y., Situated Similarly with Himself, Respondent, and Florence J. Steenburgh, Intervenor, v. The First National Bank of Saratoga Springs, N. Y., and Others, Defendants, Impleaded with Charles C. Lester and William B. Dodd, as Executors, etc., of Henry B. Hanson, Deceased, Appellants. – Order appealed from remitted to Justice Van Kirk, to specify in particular what papers were used upon the motion upon which the order was entered, and when so specified the appeal papers to be corrected accordingly.